UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: REBUILTCARS CORPORATION | CASE NO: 17-11811 |
|---|---|
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |

On 11/13/2018, I did cause a copy of the following documents, described below,

Motion for Final Decree

Final Fee Application

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/13/2018

/s/ Penelope N. Bach
Penelope N. Bach  6284659
Bach Law Offices, Inc.
PO Box 1285
Northbrook, IL  60065
808 564 0808

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: REBUILTCARS CORPORATION | CASE NO: 17-11811 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 11/13/2018, a copy of the following documents, described below,

Motion for Final Decree

Final Fee Application

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2018

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Penelope N. Bach
Bach Law Offices, Inc.
PO Box 1285
Northbrook, IL  60065

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                           AMERICAN EXPRESS BANK FSB           FIRST HOME BANK
LABEL MATRIX FOR LOCAL NOTICING     CO BECKET AND LEE LLP               ANASTASI JELLUM PA
07521                               POB 3001                            14985 60TH STREET NORTH
CASE 17-11811                       MALVERN PA 19355-0701               STILLWATER MN 55082-6696
NORTHERN DISTRICT OF ILLINOIS
CHICAGO
TUE NOV 13 11-53-33 CST 2018


FIRST HOME BANK                     DEBTOR                              EXCLUDE
SCOTT   KRAUS
150 S WACKER DRIVE                  REBUILTCARS CORPORATION             US BANKRUPTCY COURT
SUITE 2900                          21652 WHITE AVE                     EASTERN DIVISION
CHICAGO IL 60606-4206               JOLIET IL 60433-9575                219 S DEARBORN
                                                                        7TH FLOOR
                                                                        CHICAGO IL 60604-1702


1ST GLOBAL CAPITAL                  AMERICAN EXPRESS                    AMERICAN SOCIETY FOR ASSET PRO
1250 E HALLANDALE BEACH BLVD        PO BOX 981540                       1031 BLUFF STREET
SUITE  409                          EL PASO TX 79998-1540               SAINT GEORGE UT 84770-5206
HALLANDALE FL 33009-4624


AUTOMOTIVE FINANCING COMPANY        CH ROBINSON WORLDWIDE INC           CAPITAL MERCHANT SERVICES LLC
3410 COLONY BAY DR                  14701 CHARLSON ROAD                 ONE EVERTRUST PLAZA
ROCKFORD IL 61109-2560              EDEN PRAIRIE MN 55347-5076          SUITE 1401
                                                                        JERSEY CITY NJ 07302-3087


CAPITAL ONE                         CAR PART                            CHASE CARD
PO BOX 30285                        PO BOX 367                          PO BOX 15298
SALT LAKE CITY UT 84130-0285        FLORENCE KY 41022-0367              WILMINGTON DE 19850-5298


COMED                               COMED                               COMCAST
CUSTOMER CORRESPONDENCE GROUP       THREE LINCOLN CENTER                155 INDUSTRIAL DR
PO BOX 87522                        VILLA PARK IL 60181-4204            ELMHURST IL 60126-1618
CHICAGO IL 60680-0522


COMED                               COMMONWEALTH EDISON COMPANY         D PATRICK MULARKEY
PO BOX 6111                         ATTN BANKRUPTCY DEPARTMENT          ROOM 7894 JCB BUILDING
CAROL STREAM IL 60197-6111          1919 SWIFT DRIVE                    555 4TH STREET NW
                                    OAKBROOK TERRACE IL 60523-1502      WASHINGTON DC 20001-2733


ECU WORLDWIDE                       FIRST HOME BANK                     FIRST HOME BANK
2401 NW 69TH STREET                 9190 SEMINOLE BLVD                  ANASTASI JELLUM PA
MIAMI FL 33147-6883                 SEMINOLE FL 33772-3148              CO T CHRIS STEWART
                                                                        14985 60TH STREET NORTH
                                                                        STILLWATER MN 55082-6696


HARRIS BANK CHECKING ACCOUNT        HARRIS NA                           HARRIS TRUST  SAVINGS BANK
PO BOX 4320                         3800 GOLF RD SUITE 300              111 W MONROE ST
CAROL STREAM IL 60197-4320          ROLLING MEADOWS IL 60008-4037       CHICAGO IL 60603-4095
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| HOLLANDER<br>4221 SOLUTIONS CENTER<br>CHICAGO IL 60677-4002 | I PASS<br>2700 OGDEN AVENUE<br>DOWNERS GROVE IL 60515-1703 | I PASS<br>ILLINOIS TOLLWAY<br>PO BOX 5201<br>LISLE IL 60532-5201 |
| IL DEPT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | ILLINOIS ATTORNEY GENERAL<br>100 W RANDOLPH STREET<br>CHICAGO IL 60601-3271 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY DEPARTMENT<br>P O BOX 64338<br>CHICAGO IL 60664-0338 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JKLMN LLC<br>4735 BEAU BIEN LANE W<br>LISLE IL 60532-1001 |
| JP MORGAN CHASE BANK NA<br>PORTFOLIO MANAGEMENT CENTER<br>PO BOX 29550 AZ1-1004 17TH FL<br>PHOENIX AZ 85038-9550 | JEREMY M DUNN<br>CORPORATE COUNSEL<br>AUTOMOBILE FINANCING CORPORATION<br>13085 HAMILTON CROSSING BLVD SUITE 300<br>CARMEL IN 46032-1445 | LAURA BRATKOVSKYTE<br>4735 BEAUBIEN LN<br>LISLE IL 60532-1001 |
| MINDAUGAS KAZAKEVICIUS<br>4735 BEAUBIEN LN<br>LISLE IL 60532-1001 | MITCHELL INTERNATIONAL<br>PO BOX 229001<br>SAN DIEGO CA 92192-9001 | NICOR<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 |
| OSHA<br>365 SMOKE TREE PLAZA<br>NORTH AURORA IL 60542-1723 | PAYPAL CREDIT<br>PO BOX 105658<br>ATLANTA GA 30348-5658 | SWIFT CAPITAL<br>3505 SILVERSIDE RD<br>WILMINGTON DE 19810-4905 |
| US SMALL BUSINESS ADMINISTRATION<br>SACRAMENTO DISTRICT OFFICE<br>6501 SYLVAN RD SUITE 100<br>CITRUS HEIGHTS CA 95610-5017 | UNITED STATES ATTORNEY<br>219 S DEARBORN STREET<br>CHICAGO IL 60604-1708 | KABBAGECOM<br>925B PEACHTREE ST<br>SUITE 1688<br>ATLANTA GA 30309-3918 |
| NICOR GAS<br>PO BOX 549<br>AURORA IL 60507-0549 | BEN L SCHNEIDER<br>SCHNEIDER STONE<br>8424 SKOKIE BLVD<br>SUITE 200<br>SKOKIE IL 60077-2568 | PATRICK S LAYNG<br>OFFICE OF THE US TRUSTEE REGION 11<br>219 S DEARBORN ST<br>ROOM 873<br>CHICAGO IL 60604-2027 |
| PAUL M BACH<br>BACH LAW OFFICES<br>PO BOX 1285<br>NORTHBROOK IL 60065-1285 | PENELOPE N BACH<br>BACH LAW OFFICES<br>PO BOX 1285<br>NORTHBROOK IL 60065-1285 | |