## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHISN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Rebuiltcars Corporation, | ) | NO. 17-11811 |
| | ) | |
| Debtors | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | Honorable Judge Timothy A. Barnes |

### AFFIDAVIT OF MINDAUGAS KAZAKEVICIUS

I, Mindaugas Kazakevicius, being first duly sworn upon oath, depose and say that I am

the President and Owner of the Debtor and the Debtor in Possession in the above referenced

bankruptcy proceeding, I have personal knowledge and thereby testify to the following facts:

1. The Chapter 11 Plan was confirmed on October 9, 2018;

2. Rebuiltcars Corporation has made every plan payment required under the Chapter 11

    Plan of reorganization since the effective date of the plan. (See attached proof of plan

    payments for November through January 2019.

I affirm under the penalties for perjury, that the following foregoing representations are true.

FURTHER AFFIANT SAYETH NOT:

/s/ _____

Rebuiltcars Corporation, by Midaugas Kazakevicius

Subscribed and sworn to before me this __26__ day of ~~May~~ February, 201~~9~~.

/s/ _____

Notary Public

My commission Expires __October  24th__, 20_21_.

GREG BEUKE
Official Seal
Notary Public – State of Illinois
My Commission Expires Oct 24, 2021

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2993/719

1343

10-15 20 18

PAY TO THE ORDER OF *INTERNAL REVENUE SERVICE*   $ 100.00

*One hundred 00/100* ———————————————— DOLLARS

FIFTH THIRD BANK

FOR _____

⑈071923909⑈   7161⑈ 1343   ⑈000010000⑈

70-2390/719

**1344**

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

10-15 20 18

PAY TO THE ORDER OF _ILLINOIS DEPARTMENT OF REVENUE_  $ 50.00

_Fifty 00/100_ DOLLARS

**FIFTH THIRD BANK**

FOR

⑆071923909⑆      7161⑈ 1344

1831321020002313222

PAY TO THE ORDER OF
FIFTH THIRD BANK
FOR DEPOSIT ONLY.
244>
IL STATE TREASURER
402
GUARANTEED ENDORSEMENT

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

1345

70-2383/719

10-15 20 18

PAY TO THE ORDER OF *FIRST HOME BANK*    $ *1705.11*

*One thousand seven hundred five 11/100* ———— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈    ⑆7161⑈ 1345

> 1551<
First Home Bank #003
2018-11-01
      8295
Batch 160558678

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

TO 2300/719

1346

10-15-2018

PAY TO THE ORDER OF _FIRST HOME BANK_    $ 255.47

_two hundred fifty five 47/100_    DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    7161⑈ 1346

---

> 4551<
First Home Bank #003
2018-11-01
3296
Batch    8678

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL  60433

1347

70-2360/719

10-15 20 08

PAY TO THE ORDER OF _SWIFT FINANCIAL CORP._   $ 1026.11

_one thousand twenty six 11/100_ ———— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆   7161⑈ 1347

---

For Deposit Only
1848
For Deposit Only
Silicon Valley Bank
Swift Financial Corporation
DBA: Swift Capital
Servicing Account
348

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

1348

10-15 20 18

PAY TO THE ORDER OF _AUTOMOBILE FINANCE CORP._  $ 755.00

_seven hundred fifty five 00/100_ ——————— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    716⑈ 1348

TO THE ORDER OF
WELLS FARGO BANK, N.A
076
FOR DEPOSIT ONLY
AFC FUNDING CORPORATION
LOCATION # 064
9208

70 2390/719

1349

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

10-15 20 18

PAY TO THE ORDER OF _1st Global Capital_          $ 189.60

_one hundred eighty nine 60/100_ ————— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈     716 1⑈ 1349

>     0381<

For Remote Deposit at
East West Bank Only
Pasadena, CA
11/5/2018

0400

500 W Cypress  Creek Rd, Suite 411/05/201
1389
*******1389-1 Global Capital, LLC
For Remote Deposit Only at East West Bank
REMOTE DEPOSIT ONLY EAST WEST BANK

70-2390/719

1350

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

10-15 20 18

PAY TO THE ORDER OF  Capital Merchant Services  $ 137.02

One Hundred Thirty seven 00/100 ———— DOLLARS

FIFTH THIRD BANK

FOR ————————————

⑈071923909⑈  716 1⑈ 1350

AUAGTLG

70-2390/719

1351

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

RmS    10-15 20 18

PAY TO THE ORDER OF  *AMERICAN EXPRESS BANK*   $ 111.89

One hundred eleven 89/100 ———————— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    716 1 1351

FOR DEPOSIT ONLY
BECKET AND LEE LLP
7728

70-2300/719

1352

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

LOCKBOX SERVICES
CE

10-15    20 18

PAY TO
THE ORDER OF    *C.H. ROBINSON WORLDWIDE INC.*    $ *36.59*

*Thirty six 59/100*    DOLLARS

**FIFTH THIRD BANK**

FOR

⑆071923909⑆    716⑈ 1352

PAYEE ENDORSEMENT GUARANTEED
CH ROBINSON COMPANY
XXXXXXX0662

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DATE:

ENDORSE HERE

20181103
US BANK NA
'22<
ST PAUL MN

Security Features:
Details on Back.

The security features listed below as well as others
not listed are included to deter check fraud.

REBUILTCARS CORPORATION **EXPRESS** 1353
21652 WHITE AVE.
JOLIET, IL  60433

70-2330/719

10-15  20 18

PAY TO
THE ORDER OF _COMMONWEALTH EDISON COMPANY_ $ _1.11_

_One_____/100_ DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923909⑆    7161⑈ 1353

Wells Fargo Bank >2000049248261<
4233099104  at Wells Fargo Bank
COMED 6111

1354

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

United States Treasury   10-29  20 18

PAY TO THE ORDER OF  *INTERNAL REVENUE SERVICE*  $ 0.99

0 99/100 ————————————————— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈   7161ⁱⁱ 1354   ⑈0000000099⑈



## ACCOUNT SUMMARY

### 5/3 Business Standard Checking
x7161

**$3,851.13**
Available

More Details ➕

|  Recent Activity  |  View by Statement  |
| --- | --- |

| 3 Prior: 11/01/2018 - 11/30/2018 | ▼ |
| --- | --- |

| 11/05/2018 | CHECK #1355 CONVERTED TO ELECTRONIC TRANSACTION BY NICOR Gas NICOR Gas 110518 # 1355 | -$18.23 |
| --- | --- | --- |

Last Login:



Member
**FDIC**

© 2019 Fifth Third Bank, All rights reserved.

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

1356

70-2390/719

10-15 20 18

PAY TO THE ORDER OF   U.S. TRUSTEE                    | $ 975.00

nine hundred seventy five 00/100                    DOLLARS

FIFTH THIRD BANK

FOR ACC# 52 11 7 11 8 11

⑆071923909⑆      7161⑈ 1356

>0410-3601-7<
US TREAS DG-ECP
l102

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

RESERVE HERE

* FEDERAL RESERVE BOARD OF GOVERNORS REG CC

70-2300/719

1413

**REBUILTCARS CORPORATION**
23652 WHITE AVE.
JOLIET, IL  60433

UNITED STATES TREASURY   1-15   20 19

PAY TO
THE ORDER OF   *INTERNAL REVENUE SERVICE*   $ 100.00

One hundred 00/100 ————————————————— DOLLARS

FIFTH THIRD BANK

FOR

⑆071923909⑆   716�"   1413   ⑈00000 10000⑈

ENDORSE HERE

00584244021
020119

REBI

7581

CHECK HERE AFTER ENDORSEMENT OR REMOTE DEPOSIT

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL 60433

1372

7D 2393719

11-23 20 18

PAY TO THE ORDER OF  FIRST HOME BANK          $ 255.47

two hundred fifty five 47/100 DOLLARS

FIFTH THIRD BANK

FOR

⑈071923909⑈    716 1⑈ 1372

>063114551<
First Home Bank #003
2018-11-28
       0414
Batch 163257508

ENDORSE HERE

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL 60433

7D-2390/718

1373

UNITED STATES TREASURY

11-23 20 18

PAY TO
THE ORDER OF

INTERNAL REVENUE SERVICE

$ 0.99

0.99 cents    00.00
0.99

DOLLARS

FIFTH THIRD BANK

FOR

⑈071923909⑈    71611⑈ 1373    ⑈0000000099⑈

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2380/719

1374

11-23 20 18

PAY TO THE ORDER OF _SWIFT CAPITAL_      $ 1026.10

_one thousand twenty six 100/100_          DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923909⑆      7161⑈ 1374

For Deposit Only
Silicon Valley Bank
Swift Financial Corporation
DBA: Swift Capital
Servicing Account



**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1375

11-23 20 18

PAY TO THE ORDER OF  AUTO MOBILE FINANCE CORP.  $ 755.00

Seven hundred fifty five 00/100 DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923907⑆    71610 1375

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1378

11-23 20 18

PAY TO THE ORDER OF *1st Global Capital*                $ 189.60

*One hundred eighty nine 60/100*                DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈    716⑈⑈ 1378

> 381<

For Remote Deposit at
East West Bank Only
Pasadena, CA
12/5/2018
        0830

500 W Cypress Creek Rd, Suite 412/05/201

For Remote Deposit Only at East West Bank
*******1389-1 Global Capital, LLC
389

REMOTE DEPOSIT ONLY EAST WEST BANK

70-2390/719

**1379**

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL  60433

11-23 20 18

PAY TO THE ORDER OF _Capital Merchant Services_ | $ 137.02

_one hundred thirty seven 00/100_ ———— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆        7161⑈ 1379

AOA9TLG

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL  60433

70 2390/719

1380

RmS 11-23 20 18

PAY TO THE ORDER OF  *AMERICAN EXPRESS BANK*    $ 111.89

*one hundred eleven 89/100* ——————————— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    7161 ⑈ 1380

FOR DEPOSIT ONLY
BECKET AND LEE LLP
7728

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

1381

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL  60433

70-2390.719

11-23 20 18

PAY TO THE ORDER OF _CH ROBINSON WORLD WIDE INC_ $ 36.59

_thirty six 59/100_ _____ DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈      7161⑈ 1381

ENDORSE HERE

PAYEE ENDORSEMENT GUARANTEED
- CH ROBINSON COMPANY -
XXXXXXXX0662

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

DATE

20181204
US BANK NA
0222<
ST PAUL MN

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL 60433

1382

70 2390/719

EXPRESS 3 — 20 18

PAY TO THE ORDER OF  COMMONWEALTH EDISON COMPANY  $ 1.11

One 11/100 _____ DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923909⑆      716⑈⑆ 1382

Wells Fargo Bank >        8261<
104  at Wells Fargo Bank
COMED 6111



# ACCOUNT SUMMARY

### 5/3 Business Standard Checking
x7161

**$3,851.13**
Available

More Details ✚

|                    |                    |
|--------------------|--------------------|
| Recent Activity    | View by Statement  |

2 Prior: 12/01/2018 - 12/31/2018                                                        ▼

| 12/03/2018 | CHECK #1383 CONVERTED TO ELECTRONIC TRANSACTION BY NICOR Gas NICOR Gas 120318 # 1383 | -$18.23 |

Last Login:



© 2019 Fifth Third Bank, All rights reserved.

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1369

11-23 20 18

PAY TO
THE ORDER OF  INTERNAL REVENUE SERVICE / UNITED STATES TREASURY    $ 100.00

One hundred 00/100 ────────────── DOLLARS

FIFTH THIRD BANK

FOR _____

⑈071923909⑈    716 1⑈ 1369    ⑈000000100000⑈

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1370

11-23 20 18

PAY TO THE ORDER OF  ILLINOIS DEPARTMENT OF REVENUE  $ 50.00

fifty 00/100 _____ DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923909⑆    716⑈ 1370

PAY TO THE ORDER OF
FIFTH THIRD BANK
FOR DEPOSIT ONLY.
0244>
IL STATE TREASURER
0402
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
GUARANTEED ENDORSEMENT

115

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2392/719

1371

11-23 20 18

PAY TO THE ORDER OF    FIRST HOME BANK        $ 1705.01

one thousand seven hundred five    01/100    DOLLARS

**FIFTH THIRD BANK**

FOR

MT

⑈071923909⑈        716 4⑈  1371

---

> -----551<
First Home Bank #003
2018-11-28
'413
Batch :        7508

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

☐ CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

○ ENDORSE HERE

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL  60433

70-2390/719

1394

12-15  2018

PAY TO THE ORDER OF  *ILLINOIS DEPARTMENT OF REVENUE*    $ 50.00

*Fifty* 00/100    DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923909⑆    7161 1394

8076

PAY TO THE ORDER OF
FIFTH THIRD BANK
FOR DEPOSIT ONLY.
0244>
IL STATE TREASURER
0402

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
GUARANTEED ENDORSEMENT

ch# 1392   12-15-18  to  IRS $100  didn't clear yet
ch# 1393   12-15-18  to  IRS $0.99  didn't clear yet

**REBUILTCARS CORPORATION**
21632 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1395

12-15 20 18

PAY TO THE ORDER OF *FIRST Home BANK*     $ 1705.01

*one Thousand seven hundred five ol/100*     DOLLARS

**FIFTH THIRD BANK**

FOR

⑈071923909⑈     7161ⁿ 1395

---

> 4551<
First Home Bank #003
2019-01-02
1184
Batch     6112

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
ENDORSE HERE

7D-2390/719

1396

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL  60433

12-15 20 18

PAY TO THE ORDER OF  FIRST HOME BANK    $ 255.47

two hundred fifty five 47/100                    DOLLARS

**FIFTH THIRD BANK**

FOR

⑈071923909⑈    7161 1396

---

> 4551<
First Home Bank #003
2019-01-02
    1183
Batch    6112

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

CHECK HERE AFTER LIGHTLY ON REMOTE DEPOSIT

ENDORSE HERE

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2380/719

1397

12-15 20 18

PAY TO THE ORDER OF  *SWIFT CAPITAL*    $ 1026.11

*One thousand twenty six 11/100*    DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈    7161⑈ 1397

For Deposit Only
Silicon Valley Bank
Swift Financial Corporation,
DBA: Swift Capital
Servicing Account
1848
CHECK HERE AFTER
CASH OR SIGN BELOW THIS LINE



REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL 60433

1398

70-2390/7100

12-15-208

PAY TO THE ORDER OF Autos Mobile Finance Corp. | $ 755.00

Five hundred fifty five 00/100 DOLLARS

FIFTH THIRD BANK

FOR

⑆071923909⑆    7161⑈ 1398

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
AFC FUNDING CORPORATION
1398

**REBUILTCARS CORPORATION**
22652 WHITE AVE.
JOLIET, IL 60433

1399

70299U7119

12-15 2018

PAY TO THE ORDER OF _1st Global Capital_    | $ 189.60

one hundred eighty nine 60/100 ———— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    716 1 1399

---

> 0381<

For Remote Deposit at

East West Bank Only

Pasadena, CA

1/2/2019

1360

500 W Cypress  Creek Rd, Suite 401/02/201
1389
******1389-1 Global Capital, LLC
For Remote Deposit Only at East West Bank
REMOTE DEPOSIT ONLY EAST WEST BANK

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1400

12-15 2018

PAY TO THE ORDER OF _Capital Merchant Services_    $ 137.02

_One hundred thirty seven 02/100_ ——————— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆        7161⑈ 1400⑆



REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL  60433

*AOA4TLG*

70-2300/719

1401

RmS    12-15  268

PAY TO THE ORDER OF  AMERICAN EXPRESS BANK        $ 111.89

One hundred eleven 89/100 ——————— DOLLARS

FIFTH THIRD BANK

FOR ___

⑈071923909⑈     7161⑈ 1401

FOR DEPOSIT ONLY
BECKET AND LEE LLP
7728

1402

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL  60433

70-2090/719

12-15 20 18

PAY TO THE ORDER OF _C.H ROBINSON WORLDWIDE INC._ $ 36.59

_Thirty six 59/100_ _____ DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈     716 ⑈  1402

REBUILTCARS CORPORATION EXPRESS 3         1403
21652 WHITE AVE.
JOLIET, IL 60433

12-15   268

PAY TO COMMONWEALTH EDISON COMPANY  $ 1.11
THE ORDER OF
One 11/100 ──────────────────────── DOLLARS

FIFTH THIRD BANK

FOR _____

⑈071923909⑈        7161⑈ 1403

Wells Fargo Bank >        1261<
9104  at Wells Fargo Bank
COMED 6111



## ACCOUNT SUMMARY

**5/3 Business Standard Checking**
x7161

**$3,851.13**
Available

More Details ➕

|  | Recent Activity | View by Statement |
|---|---|---|

| 1 Prior: 01/01/2019 - 01/31/2019 | ▼ |
|---|---|

| **01/04/2019** | CHECK #1404 CONVERTED TO ELECTRONIC TRANSACTION BY NICOR Gas NICOR Gas 010419 # 1404 | -$18.23 |
|---|---|---|

Last Login:

EQUAL HOUSING LENDER
Member
FDIC

© 2019 Fifth Third Bank, All rights reserved.

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1405

12-15 20 18

PAY TO THE ORDER OF   BACH LAW OFFICES   | $ 1000.00

One Thousand 00/100 — DOLLARS

FIFTH THIRD BANK

FOR

⑆071923909⑈   7161⑈ 1405

---

MB Financial Bank
>071001737<   2018-12-28
Northbrook Willo
Dep. Acct.      201
8801 ID#526990

CREDITED TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
ABSENCE OF ENDORSEMENT GUARANTEED
MB FINANCIAL BANK

BACH LAW OFFICES

70-2390/719

1415

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

01-15 20 19

UNITED STATES TREASURY

PAY TO
THE ORDER OF    INTERNAL REVENUE SERVICE    $ 0.99

ninety nine cents _____ DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    716⑈ 14/5    ⑈0000000099⑈

ENDORSE HERE

00584244020
020119

REBU................P019    7581

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL  60433

1416

70-2390/719

01-16  20 19

PAY TO
THE ORDER OF    *ILLINOIS DEPARTMENT OF REVENUE*    $ 50.00

_____ DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923909⑆    7161⑈ 1416

14163

PAY TO THE ORDER OF
FIFTH THIRD BANK
FOR DEPOSIT ONLY.

IL STATE TREASURER

GUARANTEED ENDORSEMENT

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

1417

73-2390/719

01-15 20 19

PAY TO THE ORDER OF _FIRST HOME BANK_    $ 1705.01

One Thousand Seven hundred five 01/100 _____ DOLLARS

FIFTH THIRD BANK

FOR _____

⑈071923909⑈    7161⑈ 1417

First Home Bank #003
2019-01-29

Batch     5196

ENDORSE HERE

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-23907719

1418

01-15 2019

PAY TO
THE ORDER OF    FIRST HOME BANK                    $ 255.47

two hundred fifty five 47/100                    DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    7161⑈ 1418

1551<
First Home Bank #003
2019-01-29
2458
Batch    5196

70-2390/719

**1419**

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

01-15 20 19

PAY TO THE ORDER OF _SWIFT CAPITAL_    $ 1026.11

One thousand twenty six 11/100 ———— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆    7161⑈ 1419

For Deposit Only
1848
Silicon Valley Bank
Swift Financial Corporation
DBA: Swift Capital
Servicing Account
1848

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

1420

01-15 20 19

PAY TO THE ORDER OF _AUTOMOBILE FINANCE CORP._ | $ 755.00

_Seven hundred fifty five 00/100_ DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈071923909⑈    716 1⑈  14 20

PAY TO THE ORDER OF
WELLS FARGO BANK, N.A.
FOR DEPOSIT ONLY
AFC FUNDING CORPORATION
AFC CHICAGO BR #192
4328

**REBUILTCARS CORPORATION**
27652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1421

01-15 20 19

PAY TO THE ORDER OF   1st Global Capital

$ 189.60

One hundred eighty nine 60/100 ——————— DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑆071923909⑆      7161⑆ 1421

)381<

For Remote Deposit at
East West Bank Only
Pasadena, CA
1/28/2019

1790

500 W Cypress Creek Rd, Suite 401 1/28/201

1389-1 Global Capital, LLC
1389

REMOTE DEPOSIT ONLY EAST WEST BANK
For Remote Deposit Only at East West Bank

70-2390/719

**1422**

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL 60433

01-15 20 19

PAY TO THE ORDER OF  CAPITAL MERCHANT SERVICES   $ 137.02

One hundred thirty seven 02/100 ———— DOLLARS

FIFTH THIRD BANK

FOR _____

⑈071923909⑈        ⑆71610⑈ 1422

ACAQTLG RmS

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1423

01-15 20-19

PAY TO
THE ORDER OF    AMERICAN EXPRESS BANK                    $ 111.89

One hundred eleven 89/100                              DOLLARS

FIFTH THIRD BANK

FOR _____

⑆071923909⑆    7161⁙ 1423

FOR DEPOSIT ONLY
BECKET AND LEE LLP IOLTA American Express Esctx
7728

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

70-2390/719

1424

01-15 -20 19

PAY TO THE ORDER OF _C H ROBINSON WORLDWIDE, INC_ $ 36.59

_Thirty six 59/100_ _____ DOLLARS

**FIFTH THIRD BANK**

FOR _____

⑈0719239709⑈    716211⑈  1424

ENDORSE HERE

PAYEE ENDORSEMENT GUARANTEED
CH ROBINSON COMPANY
XXXXXXX0662
-121

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

1129
US BANK NA          ST PAUL MN
0224



## ACCOUNT SUMMARY

### 5/3 Business Standard Checking
x7161

**$3,851.13**
Available

More Details ➕

| Recent Activity | View by Statement |
| --- | --- |

1 Prior: 01/01/2019 - 01/31/2019                                            ▼

| 01/31/2019 | CHECK #1426 CONVERTED TO ELECTRONIC TRANSACTION BY NICOR Gas NICOR Gas 013119 # 1426 | -$18.23 |

Last Login:



Member
**FDIC**

© 2019 Fifth Third Bank, All rights reserved.

CH# 1425 to Commonwealth Edison $1.11 didn't clear yet

REBUILTCARS CORPORATION
21652 WHITE AVE.
JOLIET, IL  60433

70-2300/719

1427

01-15 20 19

PAY TO
THE ORDER OF   BACH LAW OFFICES                          $ 1000.00

one thousand 00/100                                      DOLLARS

FIFTH THIRD BANK

FOR

⑆071923909⑆        716 18⑈ 4427

3052 20,19-01-28

MB Financial Bank
>071001737<   2019-01-28
Northbrook Willo
Dep. Acct.
     52 ID#533893

70-2090/719

1430

**REBUILTCARS CORPORATION**
21652 WHITE AVE.
JOLIET, IL 60433

01-31 20 19

PAY TO THE ORDER OF   U. S. TRUSTEE                    $ 975.00

nine hundred seventy five 00/100 ─────────── DOLLARS

**FIFTH THIRD BANK**

FOR ACC# 521-17-11811

⑆071923909⑆          7161⑈ 1430

>0410-3601-7<
US TREAS DG-ECP
J207

ENDORSE HERE
CHECK HERE AFTER ILLEGIBLE OR REMOTE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE