UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 17-11811
REBUILTCARS CORPORATION )
) Chapter: 11
) Honorable Timothy Barnes
)
)
Debtor(s) )

## FINAL DECREE AND ORDER CLOSING BANKRUPTCY CASE

This matter coming to be heard upon the motion of Rebuiltcars Corporation, the Reorganized Debtor (the "Debtor"), for entry of a Final Decree and to Close the Bankruptcy Case (the "Motion); proper notice having been provided; due notice having been given and this Court being fully advised in the premises; Now, therefore IT IS HEREBY ORDERED:

1. Pursuant to Bankruptcy Code section 350(a), the Bankruptcy case is closed effective upon entry of this Final Decree and Order.
2. Notwithstanding this Final Decree and Order and the closing of the Bankruptcy Case:
    a) The Debtor shall continue to be authorized to take any and all action required or reasonably contemplated by the Plan and the Order confirming the Plan (the "Confirmation Order");
    b) This Court shall retain jurisdiction in accordance with the Confirmation Order and Plan; and
    c) The Debtor is required to pay all outstanding US Trustee quarterly fees owed by the Debtor pursuant to 28 USC 1930 to and including entry of this Final Decree.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 06, 2019

**Prepared by:**

PENELOPE N. BACH
BACH LAW OFFICES
COUNSEL FOR DEBTOR(S)
P.O. BOX 1285
NORTHBROOK, IL 60062
PHONE: (847) 564 0808
ATTORNEY NO: 6284659